

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BELSON SCRAP & STEEL, INC. | * |
| versus | * CIVIL ACTION NO. |
| M/V NEPTUNE V and Barge JAMAICA BAY, their engines, tackle, apparel, etc., *in rem* and Pan American Resources, Inc., *in personam* | * SECTION **00-0345** <br> **SECT B MAG 4** |

### MOTION AND ORDER FOR ISSUANCE OF WARRANT OF ARREST AND/OR ATTACHMENT PURSUANT TO LOCAL ADMIRALTY RULE 4.1A AND B

**NOW INTO COURT**, comes plaintiff, Belson & Scrap Steel, Inc., appearing through undersigned counsel, and upon suggesting to the Court that the Verified Complaint, Verification and Affidavit filed herein set forth the required conditions for the issuance of maritime seizure *in rem* pursuant to Admiralty Rule C, as well as for maritime process of attachment pursuant to Rule B and pursuant to the conditions set forth in L.A.R. 4.1A and B, and that accordingly, plaintiff is entitled to an order authorizing both the seizure and the attachment of the Barge JAMAICA BAY, register no. 28123-PEXT, and M/V NEPTUNE V, register no. 28124-PEXT, their engines, rigging, tackle, equipment, furnishings and fixtures.

Upon review of the Verified Complaint, Verification and Affidavit filed herein, and upon determination that the conditions set forth pursuant to Rules B and C for the Supplemental Rules

FEB - 4 2000

DATE OF ENTRY_____



for Certain Admiralty and Maritime Claims as well as the condition set forth in Local Admiralty Rules 4.1A and B appear to exist;

## ORDER

IT IS HEREBY ORDERED that because the conditions for the issuance of maritime process pursuant to Rules B and C of the Supplemental Rules of Certain Admiralty and Maritime Claims appear to exist and the requirements of Local Admiralty Rules 4.1A and B appear to have been met, the seizure and attachment of the Barge JAMAICA BAY, register no. 28123-PEXT, and M/V NEPTUNE V, register no. 28124-PEXT, their engines, rigging, tackle, equipment, furnishings and fixtures, is hereby authorized and ordered.

New Orleans, Louisiana, this 3rd day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.**

_____
ANDREW S. de KLERK, T.A. (#1045)
ROBIN C. MINTURN (#25797)
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600
Telephone: (504) 599-8000
Attorneys for Plaintiff, Belson Scrap & Steel, Inc.