

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BELSON SCRAP & STEEL, INC. * | |
| * | |
| versus * | CIVIL ACTION NO. **00-0345** |
| * | |
| M/V NEPTUNE V and * | |
| Barge JAMAICA BAY, their engines, * | SECTION |
| tackle, apparel, etc., *in rem* and * | **SECT B MAG 4** |
| Pan American Resources, Inc., * | |
| *in personam* * | |

### MOTION TO PERMIT MOVEMENT OF VESSELS
### UNDER SEIZURE AND CONTINUATION OF CARGO OPERATIONS

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Belson Scrap & Steel, Inc. ("Belson"), and moves this Court for an order directing the United States Marshal to permit the movement of the Barge JAMAICA BAY and the M/V NEPTUNE V anywhere within the Eastern District of Louisiana and to allow the continuation of cargo operations while under arrest and attachment and, upon doing so, hereby agrees to hold the United States Marshal and all of his deputies harmless from any and all liability as a result of any such movement.

Respectfully submitted,

*Robin C. Minturn*
ANDREW S. de KLERK, T.A. (#1045)
ROBIN C. MINTURN (#25797)
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3600
Telephone: (504) 599-8000
Attorneys for Belson Scrap & Steel, Inc.

FEB - 4 2000

DATE OF ENTRY _____

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by depositing same in the United States mail, postage prepaid and properly addressed, this 3rd day of February, 2000.

*Robin C. McIntyre*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BELSON SCRAP & STEEL, INC. | * | |
| | * | |
| versus | * | CIVIL ACTION NO. |
| | * | |
| M/V NEPTUNE V and | * | |
| Barge JAMAICA BAY, their engines, | * | SECTION |
| tackle, apparel, etc., *in rem* and | * | |
| Pan American Resources, Inc., | * | |
| *in personam* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

Having considered the foregoing;

**IT IS ORDERED** that the United States Marshal be and hereby is directed to permit the movement of the M/V NEPTUNE V and Barge JAMAICA BAY within the Eastern District of Louisiana, and to allow the continuation of cargo operations while under arrest and attachment;

**IT IS FURTHER ORDERED** that plaintiff will indemnify and hold harmless the United States Marshal and all of his deputies from any and all liability whatsoever, as a result of said movement and/or cargo operations of the M/V NEPTUNE V and Barge JAMAICA BAY while under arrest and attachment.

New Orleans, Louisiana this 3rd day of February, 2000.

_____
United States District Judge