

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB -3 A 11: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**BELSON SCRAP & STEEL, INC.**    *

versus    *     CIVIL ACTION NO.

**M/V NEPTUNE V and**    *    **00-0345**
**Barge JAMAICA BAY, their engines,**    *    SECTION
**tackle, apparel, etc.,** *in rem* **and**    *
**Pan American Resources, Inc.,**    *    **SECT B MAG 4**
*in personam*    *

## MOTION TO APPOINT SUBSTITUTE CUSTODIAN

NOW INTO COURT, through undersigned counsel, comes plaintiff, Belson Scrap & Steel, Inc. ("Belson"), and requests that this Honorable Court issue an order appointing Morrill & Associates ("Morrill") as substitute custodian for the M/V NEPTUNE V and Barge JAMAICA BAY pursuant to Local Admiralty Rule 64.4, upon suggesting to the court that the vessels are now at Morrill's facility for repairs; Morrill has agreed to serve as the consent keeper/substitute custodian; and the plaintiff agrees to hold the U.S. Marshal and his deputies harmless and indemnify them from any and all liability as a result of their appointment, all as set forth more fully in the accompanying memorandum.

Respectfully submitted,

FRILOT, PARTRIDGE, KOHNKE & CLEMENTS, L.C.

_____
ANDREW S. de KLERK, T.A. (#1045)
ROBIN C. MINTURN (#25797)
1100 Poydras Street, Suite 3600
New Orleans, LA 70163-3600
Telephone: (504) 599-8010
Attorneys for Plaintiff, Belson Scrap & Steel, Inc.

DATE OF ENTRY  FEB - 4 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
Doc.No._____

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by depositing same in the United States mail, postage prepaid and properly addressed, this 3rd day of February, 2000.

*Robin C. Montura*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BELSON SCRAP & STEEL, INC. * | |
| * | |
| versus * | CIVIL ACTION NO. |
| * | |
| M/V NEPTUNE V and * | |
| Barge JAMAICA BAY, their engines, * | SECTION |
| tackle, apparel, etc., *in rem* and * | |
| Pan American Resources, Inc., * | |
| *In personam* * | |
| ************************* | |

## ORDER

Considering the foregoing Motion to Appoint Substitute Custodian,

IT IS ORDERED that the motion and order to appointment substitute custodian is granted and that Morrill & Associates is hereby appointed as substitute custodian of the M/V NEPTUNE V and Barge JAMAICA BAY *provided no objections from any party with interests to protect.*

New Orleans, Louisiana, this 3rd day of Feb , 2000.

_____
UNITED STATES DISTRICT JUDGE