

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

· 2000 FEB -4  P 2: 51

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BELSON SCRAP & STEEL, INC.** | * | |
| | * | |
| **versus** | * | **CIVIL ACTION NO. 00-0345** |
| | * | |
| **M/V NEPTUNE V and** | * | |
| **Barge JAMAICA BAY, their engines,** | * | **SECTION "B"(4)** |
| **tackle, apparel, etc., *in rem* and** | * | |
| **Pan American Resources, Inc.,** | * | |
| ***in personam*** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO PERMIT CONTINUATION OF REPAIR OPERATIONS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Belson Scrap &

Steel, Inc. ("Belson"), and moves this Court for an order directing the United States Marshal to

permit repair operations on the Barge JAMAICA BAY and the M/V NEPTUNE V to continue

while the vessels are under arrest and attachment and, upon doing so, hereby agrees to hold

the United States Marshal and all of his deputies harmless from any and all liability as a result

of any such repairs.

Respectfully submitted,

*Robin C. Minturn*

ANDREW S. de KLERK, T/A. (#1045)
ROBIN C. MINTURN (#25797)
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3600
Telephone: (504) 599-8000
Attorneys for Belson Scrap & Steel, Inc.

DATE OF ENTRY FEB 0 8 2000

Fee
Process
X Dktd
CtRmDep
Doc.No. 5

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record via facsimile or by depositing same in the United States mail, postage prepaid and properly addressed, this 4th day of February, 2000.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BELSON SCRAP & STEEL, INC. | * | |
| | * | |
| versus | * | CIVIL ACTION NO. 00-0345 |
| | * | |
| M/V NEPTUNE V and | * | |
| Barge JAMAICA BAY, their engines, | * | SECTION "B"(4) |
| tackle, apparel, etc., *in rem* and | * | |
| Pan American Resources, Inc., | * | |
| *in personam* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Having considered the foregoing;

**IT IS ORDERED** that the United States Marshal be and is hereby directed to permit

repair operations on M/V NEPTUNE V and Barge JAMAICA BAY while under arrest and

attachment: **IT IS FURTHER ORDERED** that plaintiff has agreed to and will indemnify and hold harmless the

United States Marshal and all of his deputies from any and all liability whatsoever, as a

result of said repair operations of the M/V NEPTUNE V and Barge JAMAICA BAY while

under arrest and attachment.

New Orleans, Louisiana, this ___4th___ day of February, 2000.

_____
UNITED STATES DISTRICT JUDGE