FILED
U.S. DISTRICT COURT
E[ASTERN DIST. LA.]

2000 APR 26  A 11: 08

LORETTA C. WHYTE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BELSON SCRAP & STEEL, INC. | * | |
| | * | |
| versus | * | CIVIL ACTION NO. 00-0345 |
| | * | |
| M/V NEPTUNE V and | * | |
| Barge JAMAICA BAY, their engines, | * | SECTION "B"(4) |
| tackle, apparel, etc., *in rem* and | * | |
| Pan American Resources, Inc., | * | |
| *in personam* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR DISMISSAL

NOW INTO COURT, through undersigned counsel, comes plaintiff, Belson Scrap & Steel, Inc. ("Belson"), and represents to the court that the Barge JAMAICA BAY and the M/V NEPTUNE V have now left the jurisdiction of this court making the present matter moot, and therefore, Belson respectfully moves this court to dismiss all claims and demands by plaintiff against the Barge JAMAICA BAY, the M/V NEPTUNE V, and Panamanian Resources Inc., without prejudice.

DATE OF ENTRY

APR 2 7 2000

Respectfully submitted,

ANDREW S. de KLERK, T.A. (#1045)
ROBIN C. MINTURN (#25797)
Frilot, Partridge, Kohnke & Clements, L.C.
3600 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-3600
Telephone: (504) 599-8000
Attorneys for Belson Scrap & Steel, Inc.

Fee___
Process___
X/ Dktd___
CtRmDep___
Doc. No.___

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by depositing same in the United States mail, postage prepaid and properly addressed, this 26th day of April, 2000.

*Robin C. Martin*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BELSON SCRAP & STEEL, INC. | * | |
| | * | |
| versus | * | CIVIL ACTION NO. 00-0345 |
| | * | |
| M/V NEPTUNE V and | * | |
| Barge JAMAICA BAY, their engines, | * | SECTION "B"(4) |
| tackle, apparel, etc., *in rem* and | * | |
| Pan American Resources, Inc., | * | |
| *in personam* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Having considered the foregoing;

IT IS ORDERED that the claims of Belson Scrap & Steel against the Barge JAMAICA BAY, M/V NEPTUNE V and Panamanian Resources Inc., be and is hereby dismissed without prejudice.

New Orleans, Louisiana, this 27th day of April, 2000.

_____
DISTRICT JUDGE

2