



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BELSON SCRAP & STEEL, INC.** | * | CIVIL ACTION NO. 00-345 |
| | * | |
| versus | * | SECTION "B" |
| | * | JUDGE IVAN L.R. LEMELLE |
| **M/V NEPTUNE,** *et al.* | * | |
| | * | DIVISION |
| * * * * * * * * * * * * * * | | MAGISTRATE |

### MOTION AND ORDER TO RELEASE COST BOND

**NOW INTO COURT**, through undersigned counsel comes plaintiff, Belson Scrap & Steel, Inc. who moves this Honorable Court for an Order allowing refund of Cost Bond of two hundred and fifty dollars ($250.00), and directing the Clerk of Court to issue a check in the amount of $250.00 payable to Frilot, Partridge, Kohnke & Clements, L.C. Trust Account.

This matter has been closed, and as can be seen by the attached correspondence, the Clerk of this Honorable Court has instructed that this Motion be filed.

**WHEREFORE**, plaintiff moves this Honorable Court to authorize the refunding of funds in the amount of two hundred and fifty dollars ($250.00) in this matter.

```
___ Fee____
_✓_ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No. 9
```

Respectfully submitted,

Andrew S. de Klerk (#1045)
**Frilot, Partridge, Kohnke & Clements, L.C.**
3600 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3600
Telephone: 504/599-8010
Telefax: 504/599-8110

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**LORETTA G. WHYTE**  500 CAMP STREET, RM C-151
**CLERK**  NEW ORLEANS, LA 70130

August 22, 2003

Andrew Struben deKlerk
Frilot, Partridge, Kohnke & Clements, LC
1100 Poydras Street, Suite 3600
New Orleans LA 70163-3600

RE:   Civil Action 00-345B
      Belson Scrap & Steel, Inc v. Neptune V MV, et al

Dear Mr. DeKlerk:

Our records reflect that the sum of $250.00, your check number 27619, was deposited into the Registry of the Court on February 3, 2000 in the above numbered case.

The case has been *closed* and in order to return the deposit, you should file a Motion and Order directing the Clerk to refund that sum to you or your client.

If you have any questions, please call our office at (504) 589-7785. Your prompt attention to this matter would be appreciated.

Very truly yours,
LORETTA G. WHYTE, CLERK

Kristina Haley,
Financial Assistant

"Cert... ...istry"

PRINCIPAL: $250.00

Financial Deputy _B. Piccutta_ 10/16/03

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BELSON SCRAP & STEEL, INC.** | * | CIVIL ACTION NO. 00-345 |
| | * | |
| versus | * | SECTION "B" |
| | * | JUDGE IVAN L.R. LEMELLE |
| **M/V NEPTUNE V,** *et al.* | * | |
| | * | DIVISION |
| * * * * * * * * * * * * * * * | | MAGISTRATE |

### ORDER

Considering the Motion for Refund of Cost Bond;

**IT IS HEREBY ORDERED** that the Motion for Refund of Cash Bond is hereby granted.

**IT IS FURTHER ORDERED** that the Clerk of Court is authorized and directed to draw a check in the amount of two hundred and fifty dollars ($250.00), from the funds on deposit, made payable to Frilot, Partridge, Kohnke & Clement, L.C. Trust Account.

New Orleans, Louisiana, this _17th_ day of _October_, 2003.

_____
**JUDGE**